Fuster Law, P.C.
Attorneys for Debtors
31-10 37th Avenue
Suite 204
Long Island City, New York 11101
(718) 702-1600
Javier L. Merino, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :   Chapter 7
                                                             :   Case No.: 14-74469-LAS
Jose Alfredo Rojas and                                       :
Ruth Rojas,                                                  :
                                                             :
            Debtors,                                         :
------------------------------------------------------------x

## NOTICE OF VOLUNTARY CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. 1307(a), the above-named Debtors request that this court enter an Order converting the case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code), on the grounds set forth below.

1. On **September 30, 2014**, the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This notice of conversion is filed in good faith, and Debtors are eligible for relief under Chapter 7.

3. This case has not been previously converted.

WHEREFORE, Debtors pray for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date: February 11, 2015              Signature:  /s/ Jose Alfredo Rojas
                                                 Jose Alfredo Rojas

Attorney: /s/ Javier L. Merino                   /s/ Ruth Rojas
         Javier L. Merino, Esq.                  Ruth Rojas

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

Jose Alfredo Rojas and
Ruth Rojas

              Debtor(s).

Case No.: - 14-74469 -LAS
Chapter 13

----------------------------------------------------------X

## ORDER CONVERTING CASE UNDER CHAPTER 13
## TO A CASE UNDER CHAPTER 7

UPON the motion (the "Motion") of the above named debtor(s) (the "Debtor(s)"), for entry of an order pursuant to 11 U.S.C. § 1307(a) and Rule 1019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), converting their case commenced under Chapter 13 of the Bankruptcy Code to a case under Chapter 7; and it appearing that the required notice of the Motion was good and sufficient [and any opposition having been [overruled] or [withdrawn]]; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted, and this Chapter 13 case is hereby converted to a case under Chapter 7; and it is further

**ORDERED**, that within **thirty (30) days** of the date of entry of this Order, the Chapter 13 Trustee shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case and any request for administrative costs, pursuant to Bankruptcy Rule 1019(5)(B); and it is further

**ORDERED**, that the Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, pursuant to Bankruptcy Rule 1019(4); and it is further

**ORDERED**, that the Debtor(s) shall file with this Court the required Chapter 7 schedules and statements required by the Federal Rules of Bankruptcy Procedures and the E.D.N.Y. Local Bankruptcy Rules; and it is further

**ORDERED**, that within **seven (7) days** of the date of entry of this Order, the Movant shall serve a copy of this Order upon the Chapter 13 Trustee, the Office of the United States Trustee, and all parties that filed notices of appearance in this case.