## UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: JOSE ALFREDO ROJAS  
      RUTH ROJAS  
         Debtor(s)

Case No.: 814-74469-LAS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marianne De Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/30/2014.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  02/11/2015.
6) Number of months from filing or conversion to last payment:  4.
7) Number of months case was pending:  6.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  12,403.08.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $450.00 |
| Less amount refunded to debtor: | $418.50 |
| **NET RECEIPTS:** | $31.50 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $31.50 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $31.50 |
| Attorney fees paid and disclosed by debtor: | $4,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT | Unsecured | 7,155.00 | 7,154.80 | 7,154.80 | .00 | .00 |
| AMERICAN INFOSOURCE LP AS AGENT | Unsecured | 3,217.00 | 3,559.78 | 3,559.78 | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE BANK USA, N.A. | Unsecured | 9,827.00 | NA | NA | .00 | .00 |
| CHASE BANK USA, N.A. | Unsecured | 7,018.00 | NA | NA | .00 | .00 |
| CHASE BANK USA, N.A. | Unsecured | NA | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 10,287.00 | NA | NA | .00 | .00 |
| CITIBANK USA | Unsecured | NA | NA | NA | .00 | .00 |
| CITIBANK USA | Unsecured | 3,462.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 12,185.00 | 12,185.25 | 12,185.25 | .00 | .00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC BANK | Unsecured | NA | NA | NA | .00 | .00 |
| MACYS | Unsecured | NA | NA | NA | .00 | .00 |
| NEW CENTURY FINANCIAL SERVICES, | Unsecured | 12,710.00 | NA | NA | .00 | .00 |
| NEW CENTURY FINANCIAL SERVICES, | Unsecured | 6,618.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  JOSE ALFREDO ROJAS                                   Case No.:  814-74469-LAS
        RUTH ROJAS
                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCS. | Unsecured | 2,618.00 | NA | NA | .00 | .00 |
| RAYMOUR & FLANAGAN | Unsecured | NA | NA | NA | .00 | .00 |
| SPS SERVICING, INC | Secured | 486,056.73 | NA | NA | .00 | .00 |
| SPS SERVICING, INC | Secured | 95,183.00 | NA | NA | .00 | .00 |
| U.S. BANK NA | Unsecured | NA | NA | NA | .00 | .00 |
| WESTLAKE FINANCIAL SRVC | Secured | 4,131.90 | 4,120.84 | 4,120.84 | .00 | .00 |

**Summary of Disbursements to Creditors:**                                     Claim Allowed     Principal Paid     Interest Paid

**Secured Payments:**

|  |  |  |  |
|---|---|---|---|
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 4,120.84 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,120.84 | .00 | .00 |

**Priority Unsecured Payments:**

|  |  |  |  |
|---|---|---|---|
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,899.83 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $31.50 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $31.50 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  03/06/2015                                    By:  /s/Marianne De Rosa
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.